**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1665**

CARLA BEELS SPENCER,

Plaintiff - Appellant,

v.

TOWN OF BEDFORD | TOWN OF BEDFORD POLICE DEPARTMENT,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:18-cv-00031-NKM-RSB)

Submitted:  March 30, 2020                    Decided:  April 15, 2020

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas E. Strelka, L. Leigh R. Strelka, N. Winston West, IV, Brittany M. Haddox, STRELKA LAW OFFICE, PC, Roanoke, Virginia, for Appellant.  Jeremy E. Carroll, GUYNN WADDELL CARROLL & LOCKABY, P.C., Salem, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carla Beels Spencer appeals the district court's orders granting in part and denying in part Defendant's motion to dismiss and granting Defendant summary judgment on Spencer's claims stemming from her 2016 employment termination. We have reviewed the record and considered the parties' arguments and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Spencer v. Town of Bedford*, No. 6:18-cv-00031-NKM-RSB (W.D. Va. Nov. 2, 2018; May 23, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*